Rachel M. Fazio, Esq. SB # 187580
John Muir Project
30 N. Raymond Ave., Suite 514
Pasadena, CA 91103
Tel:   (626) 792-0109
Fax:   (626) 792-1565

Thomas N. Lippe, Esq. SB # 104640
LAW OFFICES OF THOMAS N. LIPPE
One Market Plaza, Steuart Tower
Sixteenth Floor
San Francisco, CA 94105
Tel:   (415) 777-5600
Fax:   (415) 777-9809

Attorneys for Plaintiffs

MCGREGOR W. SCOTT
United States Attorney
DAVID SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2799
Fax: (916) 554-2900

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| EARTH ISLAND INSTITUTE, a California non-profit, TULE RIVER CONSERVANCY, a California non-profit, and FOREST CONSERVATION COUNCIL, a non-profit organization<br>           Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, and Bradley E. Powell, in his official capacity as Regional Forester for Region 5 of the United States Forest Service,<br>           Defendants, | Case No.: CIV. S-00-2257 WBS/DAD<br><br>ORDER TO DISMISS WITHOUT PREJUDICE |

Proposed Order to Dismiss - 1

Rachel M. Fazio
P.O. Box 697
Cedar Ridge, CA 95924
(530) 273-9290

The parties move to dismiss this matter pursuant to the Joint Stipulation to Dismiss Without Prejudice attached hereto.

For good cause shown, it is ORDERED that this case is hereby dismissed pursuant to the Joint Stipulation, without prejudice and with each party bearing their own fees and costs.

May 25, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE